**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|     Tarani A. Johnson, | : | |
|         Debtor. | : | Bankruptcy No. 18-17342-MDC |

# O R D E R

**AND NOW**, upon consideration of the *Chapter 13 Standing Trustee's Motion to Dismiss with Prejudice Pursuant to 11 U.S.C. Sections 105, 349 and 1307* (the "Motion to Dismiss"),[1] seeking dismissal of the bankruptcy case of Tarani A. Johnson ( the "Debtor") with prejudice, and after notice and a hearing held on May 16, 2019 and July 22, 2019, and for the reasons stated by this Court at the hearing, it is hereby **ORDERED** that:

1. The Motion to Dismiss is **GRANTED** without prejudice.

2. The Court retains jurisdiction to address all issues related to the representation of the Debtor in this case by her counsel, Joshua L. Thomas of Joshua L. Thomas & Associates.

Dated: July 22, 2019

                                                        MAGDELINE D. COLEMAN
                                                        CHIEF UNITED STATES BANKRUPTCY JUDGE

Joshua L. Thomas, Esquire
Joshua L. Thomas & Associates
1110 Pocopson Road
P.O. Box 415
Pocopson, PA 19366

Tarani A. Johnson
2285 Bryn Mawr Avenue
Philadelphia, PA 19131

William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

---

[1] Bankr. Docket No. 59.

United States Trustee
Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA 19106-2912

Harry B. Reese, Esquire
Powers Kirn, LLC
8 Neshaminy Interplex, Suite 215
Trevose, PA 19053

Jerome B. Blank, Esquire
Phelan Hallinan Diamond & Jones LLP
1617 John F. Kennedy Boulevard, Suite 1400
Philadelphia, PA 19103

2